SONY ELECTRONICS INC., Plaintiff–Appellee,

and

Thomson Inc., Plaintiff–Appellee,

and

Victor Company of Japan, Ltd. and Panasonic Corporation, Plaintiffs–Appellees,

v.

GUARDIAN MEDIA TECHNOLOGIES, LTD., Defendant–Appellant.

No. 2010–1015.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2010.

Edward E. Casto Jr., Edward R. Nelson III, Steven Wayne Hartsell, Nelson Bumgardner Casto, P.C., Fort Worth, TX, for Defendant–Appellant.

Anthony Francis Lo Cicero, Amster Rothstein & Ebenstein LLP, New York, NY, Morton Amster, Richard S. Mandaro, Michael J. Kasdan, Amster Rothstein & Ebenstein LLP, New York, NY, for Panasonic Corporation.

Richard S. Gresalfi, Michelle Carniaux, Rose Cordero Prey, Kenyon & Kenyon LLP, New York, NY, for Sony Electronics Inc.

R. Trevor Carter, Andrew M. McCoy, Daniel M. Lechleiter, Baker & Daniels LLP, Indianapolis, IN, for Thomson, Inc.

Anthony Francis Lo Cicero, Morton Amster, Richard S. Mandaro, Michael J. Kasdan, Amster Rothstein & Ebenstein

LLP, New York, NY, for Victor Company of Japan, Ltd.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to remand this case, *Sony Electronics v. Guardian Media,* to the United States District Court for the Southern District of California, case nos. 05–CV–1777, 05–CV–1796, and 07–CV–1613, for further proceedings consistent with the settlement agreement reached by the parties, and, specifically to allow the parties to jointly move the District Court for vacatur of certain rulings and to file additional motions,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.